April 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

HELEN MAYFIELD, Appellant

NO. 14-12-00037-CV                   V.

JOHN CUOCO, STEVE FULLJART, KBTX NEWS, A CORPORATION AND
GRAY COMMUNICATIONS, A CORPORATION, Appellees

_____

      Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on December 13, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

      We further order this decision certified below for observance.